## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| THE VLADIMIR GUSINSKY REV. TRUST, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 1:17-cv-01395 (E.D. Va.) ) |
| v. | ) JURY TRIAL DEMANDED ) |
| CALATLANTIC GROUP, INC., SCOTT D. STOWELL, WILLIAM L. JEWS, LARRY T. NICHOLSON, BRUCE A. CHOATE, DOUGLAS C. JACOBS, DAVID J. MATLIN, ROBERT E. MELLOR, NORMAN J. METCALFE, PETER SCHOELS, and CHARLOTTE ST. MARTIN, | ) CLASS ACTION ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE VOLUNTARY OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff only, and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: February 16, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long
Gina M. Serra
2 Righter Parkway, Suite 120
Wilmington, DE 19803
T: (302) 295-5310
F: (302) 654-7530
Emails: bdl@rl-legal.com
    gms@rl-legal.com

**MEYERGOERGEN PC**

By: /s/ Scott A. Simmons
Scott A. Simmons
1802 Bayberry Court, Suite 200
Richmond, VA 23226
T: (804) 288-3600
F: (804) 565-1231
Email: simmons@mg-law.com

*Attorneys for Plaintiff*

RM LAW, P.C.
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
T: (484) 324-6800
F: (484) 631-1305
Email: rmaniskas@rmclasslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all registered users.

By: /s/ Scott A. Simmons

Scott A. Simmons (VSB 37744)
MeyerGoergen PC
1802 Bayberry Court, Suite 200
Richmond, Virginia 23226
Tel.: 804.288.3600
Facsimile: 804.565.1231
simmons@mg-law.com
*Counsel for Plaintiff*

So Ordered

/s/
_____
T. S. Ellis, III
United States District Judge

2